Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
EASTERN District of Michigan
Southern Division

Antonio Lynn Fluker Jr
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Trans Union, LLC
Equifax Information Services LLC
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case: 1:22-cv-12240
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 09-22-2022
CMP FLUKER VS TRANS UNION, LLC ET AL (DP)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Antonio Lynn Fluker, Jr
   Street Address: 255 W. Main St
   City and County: Harrison, Clare
   State and Zip Code: Michigan 48625
   Telephone Number:
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Trans Union LLC
- Job or Title (if known):
- Street Address: 555 West Adams St 6th floor
- City and County: Chicago, Cook
- State and Zip Code: Illinois 60661
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Equifax Information Services LLC
- Job or Title (if known):
- Street Address: 1550 Peachtree St NW
- City and County: Atlanta, Fulton
- State and Zip Code: Georgia 30309
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 USC 1681 Fair Credit Reporting Act

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attachment for Statement of claims.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff seeks actual damages in the amount of $250,000 and Punitive damages in the amount of $2,500,000 from defendant Trans Union.
Plantiff seeks actual damages in the amount of $50,000 and Punitive damages of 1,500,000 from defendant Equifax.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-11-2022

Signature of Plaintiff
Printed Name of Plaintiff   Antonio Lynn Fluker, Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

On or about June 2022 plantiff contacted defendant Trans Union with Respect to inaccurate information Reporting in the Consumer Credit Report of plantiff. Plantiff spoke with an agent of defendant to dispute the "Hard inquiries" that are being Reported inaccurately. Plantiff informed defendant Trans Union that "the hard inquiries that are Reflected within the Credit file are fraudulent and were done without my permission." Plantiff advised defendant Trans Union that "I mailed a Valid identity theft affidavit detailing all of the fraudulent hard inquiries along with proof of my identity." Defendant Trans Union informed plantiff that "We do not dispute hard inquiries that are contained within a Consumer's Credit Report."

On or about July 2022 plantiff contacted defendant Trans Union Once again Regarding inaccuracies with "Hard inquiries" Reported in plantiff Consumer Credit Report. Defendant Once again notified Plantiff "We do not dispute hard inquiries that are contained within a Consumers Credit Report." Defendant Trans Union negligently and willfully failed to conduct a Reasonable Reinvestigation upon Receiving notice that plantiff disputed the accuracy of information in plantiff Credit Report in violation of 15 USC 1681(i). Defendant Negligent and willful violation of the Fair Credit Reporting Act 15 USC 1681(e) have caused the plantiff Credit Score to be lowered by five or more points per hard inquiry maintained in the Credit file with defendant.

Defendant Trans Union Reported inaccurate information that is misleading in such a way and to such an extent that it could have been expected that defendants actions would have an adverse effect on the plantiff Credit Worthiness. Defendant negligently and willfully failed to follow Reasonable Procedures to assure maximum possible accuracy of the information in its Credit Reports in violation of 15 USC 1681e(b). Due to defendants negligent and Reckless conduct plantiff has been denied Credit for too many inquiries contained within the Consumer Credit file. Plantiff Credit limits on pre-existing accounts were lowered due to defendants actions to not investigate the inaccuracies contained in plantiff consumer file. Defendant Trans Union has caused irrepairable harm to plantiff Reputation and Credit Worthiness. Plantiff Suffers from headaches and loss of sleep provoked by Worries that plantiff will be unable to obtain new Credit due to the inaccurate Reporting.

On or about April 4, 2022 plantiff applied for Credit with Penn Fed Credit Union. Penn Fed Credit Union utilized a Credit Report from defendant Equifax to determine Credit eligibility. Due to the Computer glitch Equifax sustained defendant provided Penn Fed Credit Union a lower Credit Score than plantiff actual Score. Defendant Equifax negligent and Reckless Conduct have caused the plantiff Credit Request with Penn Fed Credit Union to be denied. Defendant Equifax negligent and willful violation of the fair Credit Reporting Act 15 USC 1681(e) Caused the plantiff Credit Score to be lowered by twenty five or more points due to defendant Equifax nationwide glitch.

Defendant Equifax Reported inaccurate information that is misleading in such a way and to such an extent that is it could have been expected that defendant Equifax actions would have an adverse effect on plantiff ability to obtain Credit. Defendant Equifax negligently and willfully failed to follow Reasonable procedures to assure maximum possible accuracy of the information in its Credit Reports in violation of 15 USC 1681(e)(b). Plantiff suffers from loss of sleep provoked by worries that plantiff will be unable to obtain new Credit due to the Equifax glitch.

