3

United States District Court
Eastern District of Michigan

Antonio Lynn Fluker, Jr
    Plantiff,

v.                                        Case No: 1:22-cv-12240

Trans Union, LLC and
Equifax Information Services, LLC

FILED
JAN - 4 2023
CLERK'S OFFICE
DETROIT

## Motion For Entry of Default Judgement

Plantiff seeks an Order of Default against defendant Equifax Information Services, LLC pursuant to the federal Rules of Civil Procedure. Plantiff Antonio Lynn Fluker, Jr States:

1. On September 22, 2022 plantiff filed Original Complaint in the above mentioned case in the United States District Court for the Eastern District of Michigan (ECF No 1). On October 28, 2022, a Summons was issued to Equifax Information Services, LLC (ECF No. 8)

2. Defendant Equifax was served via process on it's Registered agent on or about November 15, 2022 (ECF No. 10) making it's Responsive deadline December 6, 2022.

3. Defendant Equifax have not timely filed or Served an answer or taken other actions as may be permitted by Law although more than 21 days have passed since the date of Service.

4. This Court having Original Jurisdiction over the claims Asserted in plantiff original Complaint. THE FACTS Surrounding the Conduct alleged in the Complaint has never been Removed From State Court to this Honorable Court. This is the only Complaint that has been filed in State Court or federal Court by plantiff.

WHEREFORE, Plantiff Respectfully asks that the Court enter an Order of Default against defendant Equifax Information Services, LLC for failure to timely Serve an answer to the Complaint.

Respectfully Submitted,

Dated: December 23, 2022

Antonio Lynn Fluker, Jr
Pro-Se Plantiff

Antonio Fluker
NAME
43577039
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
28 DEC 2022 PM 15 L

48226-279426

United States District Court
Office of the Clerk
231 W. Lafayette Blvd Rm 599
Detroit, MI 48226