UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTONIO LYNN FLUKER JR.,

      Plaintiff,                                       Case No. 1:22-cv-12240

v.                                                    Honorable Thomas L. Ludington
                                                       United States District Judge
TRANSUNION LLC and
EQUIFAX INFORMATION SERVICES, LLC,   Honorable Patricia T. Morris
                                                       United States Magistrate Judge

      Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

As a federal inmate proceeding *pro se*, Plaintiff Antonio Lynn Fluker Jr. alleges Defendants TransUnion and Equifax reported inaccurate information on his credit report in violation of the Fair Credit Reporting Act. ECF No. 1 (citing 15 U.S.C. § 1681 *et seq.*). In January 2023, he filed a motion for default judgment against Equifax. ECF No. 22.

On January 26, 2023, Magistrate Judge Patricia T. Morris issued an R&R recommending that this Court deny Plaintiff's Motion. ECF No. 25. Although Judge Morris said the Parties may object and seek review of the R&R within 14 days of service, they have not filed any objections. They have therefore forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 25, is **ADOPTED**, and Plaintiff's Motion for Default Judgment, ECF No. 22, is **DENIED**.

      **This is not a final order and does not close the above-captioned case**.

Dated: February 21, 2023                                s/Thomas L. Ludington
                                                             THOMAS L. LUDINGTON
                                                              United States District Judge